IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Tonia M | Case Number: 05 B 05494 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/16/08 | Filed: 2/17/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 31, 2008
Confirmed: April 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,580.00 | |
| Secured: | | 9,455.27 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,494.00 |
| Trustee Fee: | | 630.73 |
| Other Funds: | | 0.00 |
| Totals: | 12,580.00 | 12,580.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,494.00 | 2,494.00 |
| 2. | Village of Maywood | Secured | 0.00 | 0.00 |
| 3. | Bank Financial | Secured | 17,000.00 | 6,729.72 |
| 4. | Americredit Financial Ser Inc | Secured | 4,143.90 | 2,725.55 |
| 5. | Max Recovery Inc | Unsecured | 296.22 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 194.77 | 0.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 795.75 | 0.00 |
| 8. | Montgomery Ward & Co Inc | Unsecured | 48.96 | 0.00 |
| 9. | Nicor Gas | Unsecured | 228.97 | 0.00 |
| 10. | Max Recovery Inc | Unsecured | 204.98 | 0.00 |
| 11. | AT&T Wireless | Unsecured | 37.76 | 0.00 |
| 12. | SBC | Unsecured | 242.90 | 0.00 |
| 13. | Americash Loans, LLC | Unsecured | | No Claim Filed |
| 14. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 15. | Bank Financial | Unsecured | | No Claim Filed |
| 16. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 17. | Pay Day Loans | Unsecured | | No Claim Filed |
| 18. | Target | Unsecured | | No Claim Filed |
| 19. | Sir Finance Corporation | Unsecured | | No Claim Filed |
| 20. | Telecheck | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,688.21 | $ 11,949.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 40.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brown, Tonia M

Printed:  9/16/08

Case Number:  05 B 05494
Judge:  Wedoff, Eugene R
Filed:  2/17/05

|      |        |
|------|--------|
| 3%   | 45.00  |
| 5.5% | 247.49 |
| 5%   | 50.00  |
| 4.8% | 38.40  |
| 5.4% | 176.04 |
| 6.5% | 33.80  |
|      | _____ |
|      | $ 630.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

